IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KEVIN D. LAWRENCE EL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-113-WHA |
| | ) | [WO] |
| SGT. PEOPLES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

Before the court is the Recommendation of the Magistrate Judge entered October 3, 2018. Doc. 35. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 35) is ADOPTED;

2. This action is DISMISSED without prejudice.

A Final Judgment will be entered separately.

Done, this 30th day of October 2018.

       /s/ W. Harold Albritton
       SENIOR UNITED STATES DISTRICT JUDGE